JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAYRA NORIS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:16-CV-8835-AB-PLA<br><br>Honorable André Birotte Jr. |

**ORDER OF DISMISSAL WITH PREJUDICE**

1

The Court, having reviewed the parties' Stipulation to Dismiss With Prejudice, ORDERS AS FOLLOWS:

Plaintiff's amended complaint and all claims asserted therein are dismissed with prejudice, with each party bearing their own attorneys' fees, costs, and expenses.

Dated: August 29, 2018

_____
Honorable André Birotte Jr.

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
KEITH M. STAUB
Assistant United States Attorney
Attorneys for Defendant
United States of America

2